# OFFICE OF THE MEDICAL EXAMINER
## WEST TENNESSEE REGIONAL FORENSIC CENTER

### REPORT OF INVESTIGATION BY COUNTY MEDICAL EXAMINER

Hardeman County Medical Examiner: Michael Revelle

Judicial District Number: 25

District Attorney: Honorable Mark E. Davidson

State Number: 22-35-0051

Case Number: MEC2022-2668

| Name of Decedent | Age | Race | Date of Birth | Sex |
|---|---|---|---|---|
| Charles Thomas Gordon | 32 Years | Black | 01/26/1990 | Male |

**Address:** 1440 Union Springs Rd., Whiteville, TN 38075

| Date of Death | Type of Death | Investigating Agency/Complaint #: |
|---|---|---|
| 11/20/2022 9:53 PM | In Jail/Prison/In Police Custody | TN Department of Corrections |

**Place of Death:** Bolivar General Hospital, Bolivar, TN

**Narrative Summary**

Reportedly this 32 y.o. B/M tentatively identified as Charles Thomas Gordon was the victim of an assault this date at Whiteville Correctional Facility. EMS responded to the scene where treatment was initiated then the victim was transported to Bolivar General Hospital, arriving at about 2100 hrs. Emergency department personnel treated the victim until 2153 hrs when all life saving efforts were exhausted and death was pronounced by Dr. Fletcher. This office was notified by Special Agent Perry from the Tennessee Department of Corrections who reported that the decedent was possibly stabbed. Jurisdiction for the death was accepted and the Order for Autopsy was issued by Dr. Revelle. The decedent was transported to the West Tennessee Regional Forensic Center for examination, positive identification and disposition to a funeral home.

Greg Shea, Investigator
11/20/2022

| Jurisdiction Accepted | Autopsy Ordered | Toxicology Ordered |
|---|---|---|
| Yes | Yes | Yes |

**Physician Responsible for Death Certificate:** Danielle Harrell, D.O.

| Cremation Approved | Funeral Home |
|---|---|
| Yes | Mid South Mortuary Service |

**Cause of Death:** Multiple Sharp Force Injuries

**Contributory Cause of Death:**

**[Manner] of Death:** [Homi]cide

*Signature: Danielle Harrell*

*CERTIFIED TO BE A TRUE AND EXACT COPY OF THE ORIGINAL — Office of the Shelby County Medical Examiner*

**West Tennessee Regional Forensic Center**
**Office of the Medical Examiner**
637 Poplar Avenue
Memphis, Tennessee 38105-4510
Telephone (901) 222-4600   Fax (901) 222-4645

## REPORT OF AUTOPSY EXAMINATION

| | |
|---|---|
| **CASE NUMBER:** 2022-2668 | **DECEDENT:** Charles Gordon |
| **AGE:** 32 years  **RACE:** Black | **SEX:** Male |
| **Authorized by:** Michael Revelle, M.D. | **Received from:** Hardeman County |
| **Date of Autopsy Examination:** 11/21/2022 | **Time:** 0945 hours |
| **Body Identified by:** Fingerprints | **Persons present at autopsy:** De'Mirrea Bates |

### PATHOLOGICAL DIAGNOSIS

I. Multiple Sharp Force Injuries (8 wounds: 7 stab; 1 incised)
   A. Stab wound of the chest
      i. Left aspect of the chest
      ii. Injury to the left 3rd intercostal space, heart (right ventricle, interventricular septum, left ventricle) and inferior vena cava
         1. Right chest cavity, approximately 475 milliliters of blood
         2. Left chest cavity, approximately 120 milliliters of blood
         3. Pericardial sac, approximately 200 milliliters of blood
      iii. Trajectory: Front to back, left to right and slightly downward

   B. Stab wound of the neck
      i. Left posterior aspect of the neck
      ii. Injury to soft tissue and skeletal muscle
      iii. Trajectory: Back to front and slightly downward

   C. Stab wound of the neck
      i. Right posterior aspect of the neck
      ii. Injury to soft tissue and skeletal muscle
      iii. Trajectory: Back to front and slightly downward

   D. Stab wound of the back
      i. Left upper aspect of the back
      ii. Injury to skeletal muscle, posterior aspect of the left 4th intercostal space and lower lobe of the left lung
      iii. Trajectory: Back to front and downward

    E. Stab wound of the back
        i. Left aspect of the back
        ii. Injury to soft tissue and skeletal muscle
        iii. Trajectory: Back to front

    F. Stab wound of the back
        i. Left lower aspect of the back
        ii. Injury to soft tissue
        iii. Trajectory: Back to front

    G. Stab wound of the left hand
        i. Perforating stab wound involving the palmar aspect and back of the left hand
        ii. Injury to skeletal muscle
        iii. Trajectory: Indeterminate

    H. Incised wound of the left middle finger
        i. Palmar aspect of the left middle finger

II.     Abrasions as described below

III.    Cerebral edema

IV.    Status-post medical intervention procedures

---

**CAUSE OF DEATH:** Multiple Sharp Force Injuries

**MANNER OF DEATH:** Homicide

---

The facts stated herein are correct to the best of my knowledge and belief.
**\*\*Electronically signed by Danielle Harrell, D.O. on Friday, January 20, 2023\*\***

                Danielle Harrell, D.O., Forensic Pathologist,         Date

**EVIDENCE OF INJURY**
The following description reflects the order in which the injuries are examined and is not intended to indicate the order in which they may have occurred.

I.     Multiple Sharp Force Injuries

     A. Stab wound of the chest: A 7/16 x 1/8 inch stab wound is located on the left aspect of the chest, 12-1/2 inches from the top of the head and 4 inches to the left of the anterior midline. The wound is oriented from the 3 o'clock to 9 o'clock positions with both ends rounded. The edges are smooth. The wound path injures the left 3rd intercostal space, heart (right ventricle, interventricular septum, left ventricle) and inferior vena cava. The right chest cavity contains approximately 475 milliliters of blood, the left chest cavity contains approximately 120 milliliters of blood and the pericardial sac contains approximately 200 milliliters of blood. The approximate depth of the wound is 8 inches. The trajectory of the wound path, with the body in the anatomical position, is front to back, left to right and slightly downward.

     B. Stab wound of the neck: A 1/2 x 1/8 inch stab wound is located on the left posterior aspect of the neck, 5 inches from the top of the head and 1 inch to the left of the posterior midline. The wound is oriented from approximately the 1 o'clock to 7 o'clock positions. The 1 o'clock end is slightly tapered and the 7 o'clock end is slightly rounded. The wound edges are smooth. The wound path injures the soft tissue and skeletal muscle of the neck. The approximate depth of the wound is 1 inch. The trajectory of the wound path, with the body in the anatomical position, is back to front and slightly downward.

     C. Stab wound of the neck: A 1/2 x 3/16 inch stab wound is located on the right posterior aspect of the neck, 7 inches from the top of the head and 1-1/4 inch to the right of the posterior midline. The wound is oriented from the 5 o'clock to 11 o'clock positions with both ends rounded. The wound edges are smooth. The wound path injures the underlying soft tissue and skeletal muscle. The approximate depth of the wound is 1-3/4 inches. The trajectory of the wound path, with the body in the anatomical position, is back to front and slightly downward.

     D. Stab wound of the back: A 7/16 x 1/4 inch stab wound is located on the left upper aspect of the back, 12 inches from the top of the head and 1-1/4 inches to the left of the posterior midline. The wound path is oriented from the 1 o'clock to 7 o'clock positions. The 1 o'clock end is rounded and the 7 o'clock end is slightly tapered. The wound edges are mostly smooth with a faint red marginal abrasion. The wound path injures the underlying soft tissue, skeletal muscle, posterior aspect of the left 4th intercostal space and lower lobe of the left lung. Injuries from this wound may contribute to blood previously described in Wound A. The approximate depth of the wound is 6 inches. The

trajectory of the wound path, with the body in the anatomical position, is back to front and downward.

E. Stab wound of the back: A 9/16 x 1/8 inch stab wound is located on the left aspect of the back, 20 inches from the top of the head and 3 inches to the left of the posterior midline. The wound is oriented from the 2 o'clock to 8 o'clock positions with both ends slightly tapered. The lower aspect of the wound has a faint red marginal abrasion. The wound edges are mostly smooth. The wound path injures the underlying soft tissue and skeletal muscle. The approximate depth of the wound is 1-1/2 inches. The trajectory of the wound path, with the body in the anatomical position, is back to front.

F. Stab wound of the back: A 1/4 x 1/8 inch stab wound is located on the left lower aspect of the back, 25 inches from the top of the head and 4-1/2 inches to the left of the posterior midline. The wound is oriented from the 3 o'clock to 9 o'clock positions. The 3 o'clock end is rounded and the 9 o'clock end is slightly tapered. The wound has a red marginal abrasion. The wound edges are mostly smooth. The wound injures the underlying soft tissue. The approximate depth of the wound is 1 inch. The trajectory of the wound path, with the body in the anatomical position, is back to front.

G. Stab wound of the left hand: A perforating stab wound is located on the left hand. A 1 x 5/16 inch irregular wound is located on the back of the left hand, 25 inches from the top of the left shoulder. The wound edges are mostly smooth. A 3/4 x 3/16 inch irregular wound is located on the palmar aspect of the left hand, 25-1/2 inches from the top of the left shoulder. The wound edges are mostly smooth. The two wounds directly communicate with an approximate depth of 1 inch. The skeletal muscle of the hand along the wound path is injured. The trajectory of the wound path, with the body in the anatomical position, is indeterminate.

H. Incised wound of the left middle finger: A 3/8 x 1/8 inch incised wound is located on the palmar aspect of the left middle finger, 28 inches from the top of the left shoulder. The wound is oriented from the 3 o'clock to 9 o'clock positions with both ends tapered. The wound edges are smooth. The approximate depth of the wound is 1/8 inch.

II. Other injuries: A 1/8 inch red abrasion is located above the right eye. A 1/4 inch red abrasion is located on the lower lip. A 1/4 inch brown abrasion is located anterior to the left ear. A 1/8 inch red abrasion is located on the chin. A 1/2 inch red-brown abrasion is located on the back of the right forearm. A 3/16 inch red abrasion is located on the back of the left hand.

## EXTERNAL EXAMINATION:
*Please see evidence of injury for sharp force related abnormalities.*

| | |
|---|---|
| **Rigor:** | Full |
| **Livor:** | Faint red, slow to refill posteriorly |
| **Algor:** | Cold (refrigerated) |
| **Weight:** | 194 pounds |
| **Length:** | 72 inches |
| **Eyes:** | Brown |
| **Hair:** | Black |
| **Scars:** | As diagrammed and photographed |
| **Tattoos:** | As diagrammed and photographed |
| **Clothing:** | Blue jean pants, brown belt, white undershorts and two gray socks. |
| **Personal Effects:** | None. |
| **Therapy:** | Endotracheal tube, two automated external defibrillator pads, intravascular access (right arm, left arm, left aspect of the neck and right aspect of the chest), bandages (left hand and left shoulder), Pleur-evac®, left sided thoracostomy (1 x 5/16 inch incision, left lateral aspect of the chest and incision into left 6th intercostal space), four electrocardiogram leads, hospital identification (band, left wrist) |

**General External Examination:** The decedent is received in a body bag. The bag is opened to show the body of a well-developed adult man. The face has a black goatee. The corneas have mild clouding. The conjunctivae are clear and free of hemorrhages. The sclerae are tan-white and free of hemorrhages. The lower lip is injured as previously described and the frenula are intact. The dentition is native and in good repair. The ears are normally formed and the left ear lobe appears cosmetically pierced. The nares are patent and normally formed. The neck is normally formed and injured as previously described. The chest is normally formed and injured as previously described. Two red abrasions, measuring 1-1/2 inch and 3/4 inch red abrasion are located on the chest, which may be secondary to cardiopulmonary resuscitation procedures. The abdomen is normally formed. The back is normally formed and injured as previously described. The external genitalia are uninjured. The anus is uninjured. The upper extremities are normally formed and the left hand is injured as previously described. The right thumb and index finger have yellow discoloration. Paper bags are not present on the hands. The fingernails are intact with no fresh chips or tears. The lower extremities are normally formed.

**X-rays:** Full body radiographs are obtained and show no evidence of retained radiopaque foreign object.

## INTERNAL EXAMINATION
*Please see evidence of injury for sharp force related abnormalities.*

| | |
|---|---|
| **PLEURA:** | Injured as previously described. |
| **PERITONEUM:** | Pink-tan and smooth. |
| **PERICARDIUM:** | Injured as previously described. |
| **NECK ORGANS:** | The larynx is unobstructed. The hyoid bone, cricoid cartilage and thyroid cartilage are intact. The thyroid is normally formed. |
| **HEART:** | The heart weighs 435 grams and is injured as previously described. The coronary arteries are normally formed and without atherosclerosis. The atria and ventricles have normal anatomic relationships and a normal blood flow pattern. The uninjured aspects of the myocardium are homogenous red-brown and firm. The left ventricular wall, right lateral ventricular wall and interventricular septum are 1.2, 0.2 and 1.2 centimeters in thickness, respectively. The valve leaflets are thin, white and pliable without vegetation, calcification or anomaly. |
| **AORTA:** | Normally formed with no gross abnormality. |
| **LUNGS:** | Right, 400 grams. Left, 380 grams. Normally formed and the left lung is injured as previously describe. |
| **LIVER:** | 1590 grams. Red-brown with no gross abnormality. |
| **GALLBLADDER:** | Contains a small amount of viscid bile. |
| **SPLEEN:** | 170 grams. Red-purple with no gross abnormality. |
| **PANCREAS:** | Tan-brown with no gross abnormality. |
| **ADRENALS:** | Normally formed with no gross abnormality. |
| **GI TRACT:** | The tongue is intact. The gastroesophageal junction is well defined. The stomach contains approximately 60 milliliters of brown fluid. The small intestines, large intestines and appendix are grossly unremarkable. |
| **KIDNEYS:** | Right, 160 grams. Left, 125 grams. Red-brown and normally formed. |

| | |
|---|---|
| **BLADDER:** | Normally formed and contains approximately 10 milliliters of urine. |
| **GENITALIA:** | Testes and prostate and normally formed. |
| **BRAIN AND MENINGES:** | The unfixed and edematous brain weighs 1575 grams. The dura is white, firm and free of nodules. The leptomeninges are thin, translucent, and free from exudates. The superficial veins of the brain and cranial nerves are unremarkable. The vessels of the Circle of Willis are patent and without significant atherosclerosis. Cut surfaces of the cerebrum show good demarcation of gray and white matter. There are no space occupying lesions or hemorrhage. The deep nuclei of the brain and the bilateral hippocampi are normally formed. The cut surfaces of the midbrain, medulla, pons and cerebellum are grossly unremarkable. |
| **BONY SKELETON:** | Normally formed. |

**ADDITIONAL PROCEDURES:**

<u>Toxicology</u>: Samples of vitreous, urine, liver and postmortem blood are submitted for toxicology analysis (see separate toxicology report).

<u>Evidence collected</u>: FTA blood spot cards, fingerprints, pulled head hair, fingernail clippings/clippers and clothing.

## SUMMARY AND INTERPRETATION

This 32 year old man, identified as Charles Gordon, was reportedly an inmate at the Hardeman County Correctional Facility when he was stabbed. He was transported to Bolivar General Hospital where death was pronounced. Per medical record review, a left sided chest tube was placed at the hospital and he was diagnosed with left sided hemothorax and pneumothorax. Autopsy revealed multiple sharp force injuries with lethal injuries to the chest as previously described. Toxicology analysis performed on postmortem iliac blood revealed morphine and 6-monoacteylmorphine, consistent with heroin. Fentanyl and metabolite norfentanyl were also detected. Based on all currently known and available information, the cause of death is multiple sharp force injuries and the manner of death is homicide.



# NMS Labs

200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

CONFIDENTIAL

## Toxicology Report

Report Issued  12/13/2022 17:07

To:  10505
University of Tennessee Forensic Center
Attn: Marco Ross
637 Poplar Avenue
Memphis, TN  38105

Patient Name: GORDON, CHARLES
Patient ID: MEC#2022-2668
Chain: NMSCP218915
DOB: 01/26/1990
Sex: Male
Workorder: 22431714

Page 1 of 4

RECEIVED DEC 14 2022 BY:

### Positive Findings:

| Analyte | Result | Units | Matrix Source |
|---|---|---|---|
| Morphine - Free | 14 | ng/mL | 001 - Iliac Blood |
| 6-Monoacetylmorphine - Free | 1.0 | ng/mL | 001 - Iliac Blood |
| Fentanyl | 11 | ng/mL | 001 - Iliac Blood |
| Norfentanyl | 1.8 | ng/mL | 001 - Iliac Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Test | Test Name |
|---|---|
| 8041B | Postmortem, Basic w/Vitreous Alcohol Confirmation, Blood (Forensic) |

### Specimens Received:

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Gray Stopper Plastic Tube | 6 mL | 11/21/2022 | Iliac Blood | MEC#2022-2668 |
| 002 | Gray Stopper Plastic Tube | 4 mL | 11/21/2022 | Heart Blood | MEC#2022-2668 |
| 003 | Red Stopper Glass Tube | 5.75 mL | 11/21/2022 | Vitreous Fluid | MEC#2022-2668 |
| 004 | Red Stopper Glass Tube | 3.5 mL | 11/21/2022 | Urine | MEC#2022-2668 |
| 005 | White Cap Plastic Container | 21.3 g | 11/21/2022 | Liver Tissue | MEC#2022-2668 |

All sample volumes/weights are approximations.
Specimens received on 11/22/2022.


**Reference Comments:**

    average serum concentrations of 73 ng/mL (range 13-710) morphine. In 15 cases where cause of death was attributed to opiate toxicity (heroin, morphine or both), free morphine concentrations were 0-3700 ng/mL (average 420 +/- 940). In comparison, in cases where COD was unrelated to opiates (n=20) free morphine was 0-850 ng/mL (average 90 +/- 200). The ratio of whole blood concentration to serum or plasma concentration is approximately one. In a population of 676 drivers arrested for driving under the influence, Morphine concentrations ranged from 1.25-1290 ng/mL, with an average of 52 ng/mL.
    Following excessive opiate use, pupils are typically constricted and unreactive to light. Pulse and blood pressure, and body temperature can be lowered. Psychomotor impairment is generally present, with increased body sway, and poor performance in divided attention tests. Users are sometimes described as 'on the nod', falling asleep in the middle of conversations or at inappropriate times. Tolerance can develop to the effects of opiates, and more experienced users are less susceptible to the impairing effects.

4. Norfentanyl (Fentanyl Metabolite) - Iliac Blood:
    Norfentanyl is the primary inactive metabolite of the synthetic narcotic analgesic fentanyl.

**Sample Comments:**

| | | |
|---|---|---|
| 001 | County: | HARDEMAN |
| 001 | Physician/Pathologist Name: | HARRELL,D |

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded one (1) year from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 22431714 was electronically signed on 12/13/2022 16:48 by:

Daniel T. Anderson, M.S., D-ABFT-FT, ABC-GKE
Forensic Toxicologist

**Analysis Summary and Reporting Limits:**

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Test 50016B - Opiates - Free (Unconjugated) Confirmation, Blood - Iliac Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| 6-Monoacetylmorphine - Free | 1.0 ng/mL | Hydromorphone - Free | 1.0 ng/mL |
| Codeine - Free | 5.0 ng/mL | Morphine - Free | 5.0 ng/mL |
| Dihydrocodeine / Hydrocodol - Free | 5.0 ng/mL | Oxycodone - Free | 5.0 ng/mL |
| Hydrocodone - Free | 5.0 ng/mL | Oxymorphone - Free | 1.0 ng/mL |

Test 52484B - Fentanyl and Acetyl Fentanyl Confirmation, Blood - Iliac Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Acetyl Fentanyl | 0.20 ng/mL | Norfentanyl | 0.40 ng/mL |
| Fentanyl | 0.20 ng/mL | | |

Test 8041B - Postmortem, Basic w/Vitreous Alcohol Confirmation, Blood (Forensic) - Iliac Blood



## Analysis Summary and Reporting Limits:

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Amphetamines | 20 ng/mL | Fentanyl / Acetyl Fentanyl | 1.0 ng/mL |
| Barbiturates | 0.040 mcg/mL | Methadone / Metabolite | 25 ng/mL |
| Benzodiazepines | 100 ng/mL | Methamphetamine / MDMA | 20 ng/mL |
| Buprenorphine / Metabolite | 0.50 ng/mL | Opiates | 20 ng/mL |
| Cannabinoids | 10 ng/mL | Oxycodone / Oxymorphone | 10 ng/mL |
| Cocaine / Metabolites | 20 ng/mL | Phencyclidine | 10 ng/mL |

-Analysis by Headspace Gas Chromatography (GC) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 10 mg/dL |


**CONFIDENTIAL**

| | |
|---|---|
| Workorder | 22431714 |
| Chain | NMSCI .8915 |
| Patient ID | MEC#2022-2668 |

## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Morphine - Free | 14 | ng/mL | 5.0 | 001 - Iliac Blood | LC-MS/MS |
| 6-Monoacetylmorphine - Free | 1.0 | ng/mL | 1.0 | 001 - Iliac Blood | LC-MS/MS |
| Fentanyl | 11 | ng/mL | 0.20 | 001 - Iliac Blood | LC-MS/MS |
| Norfentanyl | 1.8 | ng/mL | 0.40 | 001 - Iliac Blood | LC-MS/MS |

Substance(s) known to interfere with the identity and/or quantity of the reported result: Benzyl Fentanyl

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

### Reference Comments:

1. **6-Monoacetylmorphine - Free (6-MAM; Heroin Metabolite) - Iliac Blood:**

   6-monoacetylmorphine (6-MAM) is the 6-monoacetylated form of morphine, which is pharmacologically active. When present, it is generally indicative of heroin (diacetylmorphine) use. 6-MAM has also been reported to occur as an artifact in samples with unusually high blood morphine concentrations.

   A healthy man administered 12 mg heroin intravenously achieved peak blood concentrations at two minutes post injection of 150 ng/mL of 6-MAM and 44 ng/mL of morphine, which declined with half-lives of 7 minutes and 33 minutes, respectively.

   Eight subjects who died within fifteen minutes of heroin administration had postmortem blood 6-MAM concentrations averaging 19 ng/mL with a range from less than 1.0 to 82 ng/mL.

2. **Fentanyl (Duragesic®; Sublimaze®) - Iliac Blood:**

   Fentanyl is a prescription opioid commonly used as an anesthetic/analgesic. It is reported to be 80 to 200 times as potent as morphine and has a rapid onset of action as well as addictive properties. Illicit fentanyl is readily available due to low production cost and its high potency. It is often sold as heroin and is commonly found in combination with other illicit drugs. Signs associated with fentanyl toxicity include severe respiratory depression, muscle rigidity, seizures, hypotension, coma and death.

   When used clinically as a transdermal preparation (25-100 mcg/hour patch), serum fentanyl concentrations up to 3.8 ng/mL have been reported within 24 hours. Following removal of the patch, serum fentanyl concentrations are reported to decrease with a mean elimination half-life of 17 hours (range, 13-22 hours). The mean peak plasma serum fentanyl concentration in adults given an 800 mcg oral transmucosal fentanyl preparation over 15 minutes is reported at 2.1 ng/mL (range, 1.4-3.0 ng/mL) at approximately 0.40 hours.

   It is reported that patients lost consciousness at mean plasma levels of fentanyl of 34 ng/mL when infused with 75 mcg/Kg over a 15 min period; peak plasma levels averaged 50 ng/mL. In fatalities from fentanyl, blood concentrations are variable and have been reported as low as 3 ng/mL. Postmortem blood fentanyl concentrations ranged from 0.30-110 ng/mL (median 11 ng/mL) in 301 femoral blood specimens obtained from accidental drug overdose death investigations. These concentrations ranged from 9.7-41.3 ng/mL (median 17.2 ng/mL) in 7 fentanyl only cases in another published case series.

   The blood to plasma ratio for fentanyl is approximately 0.80-1.0.

3. **Morphine - Free (Codeine Metabolite) - Iliac Blood:**

   Morphine (Duramorph, Roxanol, MS-Contin) is a DEA Schedule II opiate narcotic analgesic. It can be a metabolite or breakdown product of codeine and heroin. If found together with 6-monoacetylmorphine (6-MAM), likely source is heroin. A large portion of the morphine may be conjugated; the portion not conjugated is termed 'free morphine', the active biologic agent which is a powerful painkilling drug whose diverse effects that may include analgesia, drowsiness, nausea and respiratory depression. Hydromorphone is a reported metabolite of morphine.

   Morphine peak serum concentrations occur within 10 to 20 minutes of a 10 mg/70 kg intramuscular dose, average 60 ng/mL 30 minutes following administration. IV administration of 10 mg/70 kg, average 80 ng/mL after 30 minutes. Chronic pain patients receiving an average of 90 mg (range 20-1460) daily oral morphine had

NMS v.2

# STATE OF TENNESSEE
## Office of Vital Records

### TENNESSEE DEPARTMENT OF HEALTH
### CERTIFICATE OF DEATH

STATE FILE NUMBER: 2022 087175

| # | Field | Value |
|---|---|---|
| 1 | Decedent's Legal Name | CHARLES THOMAS GORDON |
| 2 | Sex | MALE |
| 3 | Date of Death | 11/20/2022 |
| 4 | Time of Death (Approx.) | 21:53 |
| 5a | Age | 32 |
| 6 | Date of Birth | 01/26/1990 |
| 7 | Birthplace | COLUMBIA, TN |
| 8a | Place of Death | ER/OUTPATIENT |
| 8b | Facility Name | BOLIVAR GENERAL HOSPITAL |
| 8c | City or Town | BOLIVAR |
| 8d | County of Death | HARDEMAN |
| 9 | Marital Status | MARRIED |
| 10 | Surviving Spouse (name prior to first marriage) | GINGER FAYE TRAPP |
| 11a | Decedent's Usual Occupation | CONSTRUCTION WORKER |
| 11b | Kind of Business/Industry | ROAD WORK |
| 12 | Social Security Number | 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 |
| 13a | Residence-State or Foreign Country | TENNESSEE |
| 13b | County | MARSHALL |
| 13c | City or Town | LEWISBURG |
| 13d | Street and Number | 702 2ND AVE NORTH |
| 13e | Inside City Limits? | YES |
| 13f | Zip Code | 37091 |
| 14 | Was Decedent ever in US Armed Forces? | NO |
| 15 | Decedent's Education | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 16 | Decedent of Hispanic Origin? | NO, NOT SPANISH/HISPANIC/LATINO |
| 17 | Decedent's Race | BLACK OR AFRICAN AMERICAN |
| 18 | Father's Name | LEE ALBERT GORDON |
| 19 | Mother's Name Prior to First Marriage | DONNA ROBERTS HARDIN |
| 20a | Informant's Name | GINGER FAYE GORDON |
| 20b | Relationship to Decedent | SPOUSE |
| 20c | Mailing Address | 702 2ND AVE NORTH, LEWISBURG, TN 37091 |
| 21a | Method of Disposition | CREMATION |
| 21b | Place of Disposition | MID SOUTH CREMATORY |
| 21c | Location | MEMPHIS, TN |
| 22a | Signature of Funeral Director | /e/ SEANNA HAMM |
| 22b | License Number | 6833 |
| 23a | Name and Address of Funeral Home | MID SOUTH MORTUARY SERVICE, 3774 SUMMER AVENUE, MEMPHIS, TN 38122-0966 |
| 23b | License Number | 715 |
| 24 | Registrar's Signature | /e/ EDWARD G BISHOP III |
| 25 | Date Filed | 01/06/2023 |

**26. Certifier**
- 26a. ☐ PHYSICIAN
- 26b. ☒ MEDICAL EXAMINER — ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| # | Field | Value |
|---|---|---|
| 27a | Certifier | /e/ DANIELLE HARRELL |
| 27b | License Number | 3668 |
| 27c | Date Signed | 01/06/2023 |
| 27d | Name and Address | DANIELLE HARRELL 637 POPLAR AVE, MEMPHIS, TN 38105 |

**28. Part I.**
- a. MULTIPLE SHARP FORCE INJURIES
- b.
- c.
- d.

| # | Field | Value |
|---|---|---|
| 29a | Was an Autopsy Performed? | YES |
| 29b | Were Autopsy Findings Available to Complete the Cause of Death? | YES |
| 30 | Manner of Death | HOMICIDE |
| 31 | Did Tobacco Use Contribute to Death? | NO |
| 32 | If Female | N/A |
| 34a | Date of Injury | 11/20/2022 |
| 34b | Time of Injury | UNKNOWN |
| 34c | Injury at Work? | NO |
| 34d | Place of Injury | CORRECTIONAL FACILITY |
| 34e | Describe How Injury Occurred | STABBED BY OTHER(S) |
| 34f | Location of Injury | 1440 UNION SPRINGS RD, WHITEVILLE, TN |

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977

14807892

Edward G. Bishop III, State Registrar
Morgan McDonald, MD, FAAP, FACP, Commissioner

Date Issued: Jan-06-2023

## CERTIFICATION OF VITAL RECORD