ADVERTISEMENT

# Inmate stabbed to death at Tennessee correctional facility



((Source: KAIT-TV))

By Shyra Sherfield
*Published: Oct. 21, 2022 at 12:53 PM CDT*

HARDEMAN COUNTY, Tenn. (WMC) - Officials are investigating an inmate death at a correctional facility in Hardeman County.

The district attorney's office says the inmate was stabbed to death at Whiteville Correctional Facility Tuesday around 4:17 a.m.

Ryan Gustin, Public Affairs director, said an inmate was injured from an altercation involving another inmate.

Investigators have not released the identity of either inmate.

ADVERTISEMENT

He was taken to the nearby hospital but did not survive.

"Local law enforcement and our partners at the Tennessee Department of Correction (TDOC) were immediately notified of this incident, and it is

[*Click here*](#) to report a spelling or grammar error. Please include the headline.

Copyright 2022 WMC. All rights reserved.

**The Actual Cost Of Metal Roof May Surprise You**

See why over 100,000+ Americans have chosen these stone-coated metal roofs

**Metal Roof Nation** | Sponsored

`Learn More`

**These May Be the Coziest Slippers In Existence**

Need a pair of swoon-worthy slippers this year? Bombas has them all, from ultra-pillowy pairs to something a little lighter you can wear year-round. Best of all, every purchase gives essential clothing to someone who needs it.

**Bombas** | Sponsored

**Photos that Americans have never seen before**

Incredibly rare historical photos to show you the other side of the past

**TravelerDreams** | Sponsored

`Read More`

**Angus T. Jones said this about Two and a Half Men:**

The reason why when he grew up, Angus T. Jones completely abandoned the character of Jake Harper, while the show was still airing its last seasons.

**SportzBonanza** | Sponsored

`Read More`

**2024's Top Family SUVs. 3 Rows Of Seating, Tons Of Tech & More**

(Compare Now)

**BestSearches** | Sponsored

`Learn More`

**Forrest Gump Has Iconic Scene Flaw No One Noticed**

No matter how many times you've seen the movie, this ridiculous flaw has gone unnoticed, and it changes everything...

**TravelerMaster** | Sponsored

`Read More`

ADVERTISEMENT

## Most Read

**Your $2 bill could be worth thousands**



**MPD: Convicted felon crashes stolen car; police find stolen guns, gaming systems, clothes**