TOMIS ID:     00476784          INCIDENT ID:   01549160
OFFENDER NAME: GORDON, CHARLES T.

DESCRIPTION:
ON 9-12-22 AT APPROXIMATELY 1330 THERE WAS A CODE FOR A FIGHT CALLED IN HD POD. AS RESPONDERS ARRIVED INMATE ANDERSON, JEREMY 490087 WAS LAYING ON THE FLOOR BLEEDING FROM THE BACK AREA. MEDICAL CODE WAS CALLED. MEDICAL ARRIVED AND INMATE WAS TRANSPORTED TO MEDICAL WHICH DECIDED INMATE NEEDED OUTSIDE MEDICAL ATTENTION; EMS WAS CALLED. UPON REVIEWING MILESTONE; THERE WERE A TOTAL OF 4 INMATES FIGHTING. DURING THE FIGHT INMATE MCCULLOUGH, MARCUS 453627, WHITE, TRAVARIOUS 468877 AND GORDAN, CHARLES 476784 USED A HOMEMADE WEAPON AND INMATES MCCULLOUGH AND ANDERSON WERE STABBED. MCCULLOUGH WERE ALSO STABBED; DID NOT NEED OUTSIDE MEDICAL ATTENTION. INMATE ANDERSON WAS EVALUATED BY MEDICAL AND DUE TO THE TWO PUNCTUNE WOUNDS TO HIS BACK AND EMS WAS CALLED, INMATE ANDERSON WAS TRANSPORTED TO REGIONAL ONE VIA HELICOPTER. INMATE MCCULLOUGH WAS TREATED ON SITE FOR TWO PUNCTURE WOUNDS TO THE LEFT TORSO. ALSO, DURING IMMEDIATE SEARCH THERE WERE A TOTAL OF 3 HOMEMADE WEAPONS FOUND. ANOTHER FULL SEARCH COMPLETE. THE FACILITY WAS PLACED ON LOCKDOWN TO ASSESS THE IMPACT THAT THIS INCIDENT COULD HAVE FACILITY WIDE SINCE THE INMATES ARE BOTH CRIPS (ROLLIN' 60'S AND THE HOOVERS).

PREPARED BY STAFF ID:   RUSSBR03    CRUZEN, BRIDGET
REPORTED BY STAFF ID:   RUSSBR03    CRUZEN, BRIDGET

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

_refuse to sign_                              9/13/22  0958
OFFENDER SIGNATURE                            DATE/TIME
GORDON, CHARLES T.                                      00476784

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO SIGN REPORT.

_Dimantae Rose_                               9/13/22  0958
EMPLOYEE INITIALS, IF REPORTING               DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

```
TOMIS ID:  00476784         INCIDENT ID:  01549160
OFFENDER NAME:  GORDON, CHARLES T.
```

_Russ Br03_      9/12/22  1330
REPORTING OFFICIAL     DATE/TIME

_Russ Br03_      9/13/22  0921
PREPARED BY     DATE/TIME

[signature]      9/13/22  0930
REVIEWING DESIGNATED SUPERVISOR     DATE/TIME

IF PLACED IN SEGREGATION:

_____    _____
SENIOR SECURITY OFFICER                DATE/TIME


_____    _____
WARDEN (SEGREGATION PENDING INVESTIGATION)   DATE/TIME