IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GINGER GORDON, individually, and as )
next-of-kin to the deceased )
CHARLES THOMAS GORDON, )
                                                 )
    Plaintiff, )
                                                 )
v. ) Civil No. 3:23-cv-1195
                                                 ) Judge Trauger
CORECIVIC OF TENNESSEE, LLC, ET AL., )
                                                 )
    Defendants. )

## O R D E R

It is hereby ORDERED that the defendants shall respond to the Motion of Daniel A. Horwitz To Reconsider This Court's Order Denying His Motion To Clarify That Local Rule 83.04 Does Not Prohibit Counsel From Making Extrajudicial Statements About This Action (Doc. No. 43) by February 15, 2024.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge