# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

## Mediator Report

**Mediator Name:** James D. Kay, Jr. #011556

**Address:** Kay Griffin Evans, PLLC 222 2nd Avenue North, Suite 340M, Nashville, TN 37201

**Phone:** 615-742-4800    **E-mail:** jim.kay@kaygriffin.com

**Case No.:** 3:23-cv-01195

**Case Name:** Ginger Gordon, et al. v. CoreCivic of Tennessee, LLC, et al.

**Date(s) of Mediation:** April 1, 2024

### Reporting Instructions

A. Mediators must file this report within two (2) business days following the mediation. L.R. 16.05(b). A mediation which continues over multiple consecutive days is considered one mediation for reporting purposes. File a separate Report when the mediation is recessed for five (5) business days or more.

B. Mediators must treat all information revealed in mediation as confidential, except for (i) information that is required to be reported by statute, regulation, or rule or (ii) information the parties agree may be disclosed.

C. Do not disclose in this Report any information not otherwise requested below.

D. Please file this form electronically in CM/ECF using the "Report of Mediation" event (located under "ADR Documents"). If you are not a CM/ECF User, please email the Report to the following address: OperationsManager@tnmd.uscourts.gov.

### Report

1. Did all required parties attend the mediation?   Yes ✔   No ☐

2. Did the case settle?   Yes ✔   No ☐

   a. If so, by what date do the parties propose filing a notice, stipulation, or proposed order of dismissal with the Court? **May 15, 2024**

3. Was the mediation continued with the consent of the parties?   Yes ☐   No ✔

   a. If so, to what date(s)?

Comments (see above for restrictions on disclosure of information):

The Court will need to approve a minor's settlement