# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GINGER GORDON, individually, and as next-of-kin to the deceased CHARLES THOMAS GORDON, <br><br> Plaintiff, <br><br> v. <br><br> CORECIVIC OF TENNESSEE, LLC, ET AL., <br><br> Defendants. | Civil No. 3:23-cv-1195 <br> Judge Trauger |

## O R D E R

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within forty-five (45) days of the entry of this Order.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge