IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| GINGER GORDON, individually, and as next-of-kin to the deceased CHARLES THOMAS GORDON, <br><br> *Plaintiffs*, <br><br> v. <br><br> CORECIVIC OF TENNESSEE, LLC, *et al.*, <br><br> *Defendants*. | No. 3:23-cv-01195 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ginger Gordon, individually, and as next-of-kin to the deceased Charles Thomas Gordon, voluntarily dismisses all of her claims against all Defendants with prejudice.

This voluntary dismissal is with prejudice, and each party shall bear their own costs, fees, and expenses.

Respectfully submitted,

/s/Daniel A. Horwitz (*w/permission*)
Daniel A. Horwitz (#32176)
daniel@horwitz.law
Lindsay E. Smith (#35937)
lindsay@horwitz.law
Horwitz Law, PLLC
4016 Westlawn Drive
Nashville, Tennessee 37209
(615) 739-2888
*Counsel for Plaintiff Ginger Gordon, individually, and as next-of-kin to the deceased Charles Thomas Gordon*

PENTECOST, GLENN & TILLY, PLLC

By:     s/Nathan D. Tilly
        Nathan D. Tilly (#031318)
        Dylan E. Sutherland (#040648)
        *Attorneys for Defendants CoreCivic of*
        *Tennessee, LLC and Chance Leeds*
        162 Murray Guard Drive, Suite B
        Jackson, Tennessee 38305
        (731) 668-5995 – Telephone
        (731) 668-7163 – Facsimile
        ntilly@pgtfirm.com
        dsutherland@pgtfirm.com


                                MCANGUS GOUDELOCK & COURIE, LLC

By:     s/J. Paul Brewer (*w/permission*)
        J. Paul Brewer (#025289)
        Miles T. Martindale (#035725)
        *Attorneys for Hardeman County, Tennessee*
        Post Office Box 2949
        120 Brentwood Commons Way, Suite 625
        Brentwood, Tennessee 37024
        Phone: (615) 499-7279
        Facsimile: (615) 523-1496
        paul.brewer@mgclaw.com
        miles.martindale@mgclaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via US District Court ECF system upon:

Daniel A. Horwitz
Melissa K. Dix
Horwitz Law, PLLC
4016 Westlawn Drive
Nashville, TN  37209

J. Paul Brewer
Miles T. Martindale
Post Office Box 2949
120 Brentwood Commons Way, Suite 625
Brentwood, Tennessee 37024

on or before the filing date thereof.

DATE:  This the 17th day of May, 2024.

By:   s/Nathan D. Tilly
      Nathan D. Tilly